[No. 10397–1–I.   Division One.   September 12, 1983.]

PAT LOGAN CONSTRUCTION COMPANY, *Appellant,* v.
ROBERT DAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–12018–2, John P. Lycette, Jr., J. Pro
Tem., entered May 28, 1981. *Affirmed* by unpublished
opinion per Ringold, J., concurred in by Durham, A.C.J.,
and Scholfield, J.

[Nos. 10419–5–I; 10819–5–I.   Division One.   September 12, 1983.]

*In the Matter of the Marriage of* DAVID FLOYD ANDERSON,
*Appellant, and* LINDA BETTY ANDERSON, *Respondent.*

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 80–3–01392–2, John E. Rutter, Jr., J.,
entered August 24, 1981. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Durham, A.C.J., and
Ringold, J.

[No. 10549–3–I.   Division One.   September 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TODD
L. SHIRLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–01096–9, John E. Rutter, Jr., J.,
entered June 3, 1981. *Affirmed* by unpublished opinion per
Durham, J., concurred in by Andersen, C.J., Ringold, J.,
dissenting.